USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-1-09

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MANDEE SANTIAGO,

        Plaintiff,

- against -

UNITED STATES OF AMERICA,

        Defendant.

ECF CASE

08 Civ. 11203 (JGK) (GWG)

**REPORT OF FEDERAL RULE OF CIVIL PROCEDURE 26(f) MEETING**

1. Pursuant to Fed. R. Civ. P. 26(f), the parties held a telephonic meeting on March 27, 2009 at 4:30 p.m. The meeting was attended by Harold Chetrick for plaintiff Mandee Santiago and Brandon H. Cowart for defendant The United States of America.

2. The parties will serve the information required under Fed. R. Civ. P. 26(a)(1) by April 10, 2009.

3. The last date to join additional parties as of right or seek leave to do so is June 1, 2009.

4. The parties propose the following discovery plan:

    a. Initial requests for the production of documents shall be served by April 17, 2009.

    b. Depositions shall be completed by July 1, 2009.

    c. Factual discovery shall be completed no later than July 15, 2009.

    d. Expert reports with respect to any experts retained by Plaintiff shall be completed and served by August 17, 2009.

    e. Expert reports with respect to any experts retained by Defendant shall be completed and served by September 17, 2009.

    f. All discovery shall be completed no later than October 16, 2009.

5. Dispositive motions, if any, shall be filed by November 16, 2009.

6.  Interim deadlines may be extended by the parties on consent without application to the Court, provided the parties believe they can still meet the discovery completion date ordered by the Court.

7.  A statement of those discovery issues, if any, as to which counsel, after a good faith effort, were unable to reach agreement: None.

8.  All motions and applications shall be governed by the Court's Individual Rules of Practice.

DATED:    New York, New York
          March 31, 2009

                                                    LEV L. DASSIN
                                                    Acting United States Attorney for the
                                                    Southern District of New York
                                                    Attorney for Defendant
                                                    The United States of America

By: _____Kenneth Chetrick_____          By: _____B Cowart_____
    HAROLD CHETRICK P.C.                            BRANDON H. COWART
    Harold Chetrick, Esq.                           Assistant United States Attorney
    Attorney for Plaintiff Mandee Santiago          86 Chambers Street – 3rd Floor
    60 East 42nd Street – Suite 445                 New York, New York 10007
    New York, New York 10165
    (212) 557-5830

*[Handwritten order:]* Joint Pre-Trial Order shall be submitted by December 10, 2009, or 30 days after the decision of any dispositive motions, whichever is later. The parties shall be ready for Trial on 48 hours notice on December 17, 2009, or 40 days after the decision of any dispositive motions, whichever is later.

SO ordered.
3/31/09 [signature]
U.S.D.J.

2